# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN THE MATTER OF:                                                                 CHAPTER 7

JMHC, INC.
f/d/b/a Johnson-Mathers Health Care, Inc.
a/k/a Nicholas County Hospital                                          CASE NO. 14-51275

    DEBTOR

## CORPORATE RESOLUTION

Comes the Debtor, JMHC, Inc., by and through Counsel, and hereby provides the Corporate Resolution of the Debtor, same being attached hereto.

**BUNCH & BROCK**

By:  /s/ W. Thomas Bunch II
    **W. THOMAS BUNCH II**
    271 West Short Street, Suite 805
    Lexington, Kentucky 40507-1217
    (859) 254-5522
ATTORNEY FOR DEBTOR

JMHC, Inc., f/k/a Johnson-Mathers Health Care, Inc.

Minutes of the Special Meeting of the Board of Directors
May 12, 2014

A special meeting of the Board of Directors of JMHC, Inc., f/k/a Johnson-Mathers Health Care, Inc., (the ACompany@) was called to order by Lois C. Gates, the Chairman of the Company, on May 12, 2014. The following officer and/or directors of the Company were in attendance: _Lois Gates, Steve Scalf, Steve Hamilton, Julie Garvin, Keith Campbell, Joseph H. Conley,_

Upon a motion by _____, the directors approved the following resolutions:

WHEREAS, the Board of Director deems it to be in the best interests of the Company to adopt the following resolutions,

NOW, THEREFORE BE IT:

RESOLVED, that in the judgment of the Board of Directors of the Company, it is in the best interests of the Company, its creditors, employees and other interested parties, that a petition be filed by the Company seeking relief under the provisions of <u>chapter 7</u> of title 11 of the United States Code (the ABankruptcy Code@); and it is further

RESOLVED, that the officers of the Company are hereby authorized and directed to employ W. Thomas Bunch II and other attorneys with the law firm of Bunch & Brock, Lexington, Kentucky, to represent the Company in connection with such bankruptcy case, and that the Company shall pay Bunch & Brock the retainer as agreed to by the Company; and it is further

RESOLVED, that _Steve Scalf_, in his/her capacity as an officer of the Company, is hereby authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 bankruptcy case on behalf of the Company; and it is further

RESOLVED, that _Steve Scalf_ is hereby authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all documents on behalf of the Company in connection with such bankruptcy case.

JMHC, Inc., f/k/a Johnson-Mathers Health Care, Inc.

BY: _Lois C. Gates_
Lois C. Gates, Chairman of JMHC, Inc.

Attested to:

*[signature: Janna H. Caswell]*
Janna H. Caswell, Secretary